JOHNSON *vs.* THE STATE OF GEORGIA.

If an indictment describes property stolen in a particular way, it is incumbent on the state to prove the description given, but where the indictment described the property stolen as "a certain red heifer," it was proper to allow proofs of other marks of identification than those set forth in the indictment. 57 *Ga.*, 367; 64 *Id.*, 443, 449.
Judgment affirmed.
March 11, 1884.

BLANDFORD, Justice.

[Indictment for stealing "a certain red heifer." Evi-

dence admitted, over objection, that the heifer had a certain brand on her, and that the hide found in defendant's possession had the same brand on it. This was assigned as error.]